# United States Court of Appeals
# for the Federal Circuit

---

October 6, 2016

**ERRATUM**

---

Appeal No. 15-3234

**TIMOTHY ALLEN RAINEY,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

**DEPARTMENT OF STATE,**
*Intervenor*

Decided: June 7, 2016
Precedential Opinion

---

Please make the following changes:

On page 6, line 2, delete "section 2308" and replace with "section 2302"

On page 8, line 16, delete "2308(b)(9)(D)" and replace with "2302(b)(9)(D)"

On page 8, line 31, delete "2309(b)(9)(D)" and replace with "2302(b)(9)(D).